## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICKEY R. CASTILLO,

              Petitioner

         v.

MATTHEW P. KELLY,

             Respondent

: No. 3 MAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.